IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHAD ALLEN JACKMAN,       ) | |
| ) | |
|     Plaintiff,       ) | |
| ) | CIVIL ACTION NO. |
|     v.       ) | 1:23cv154-MHT |
| ) | (WO) |
| JASON SMOAK, P.A., et al.,   ) | |
| ) | |
|     Defendants.       ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at the Houston County Jail in Dothan, Alabama, filed this lawsuit complaining of denial of adequate medical care for a serious medical issue, other inhumane conditions of confinement, and failure to respond to grievances. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to follow court orders. There are no objections to the recommendation. After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of June, 2023.

                                           /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE